IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE: ORTHOPEDIC BONE SCREW         *
PRODUCTS LIABILITY LITIGATION        *
                                     *
Kenneth Murphy                       *
                                     *
         V.                          *    Civil NO. JFM-96-3430
                                     *
SCIENTIFIC SPINAL, LTD.              *
                        *************

## ORDER

Considering the foregoing Motion to Withdraw Appearance;

IT IS ORDERED that counsel Andrea S. Lestelle, Roy F. Amedee, Jr. and Julia McInerny are hereby withdrawn as counsel for plaintiff Kenneth Murphy this 8th day of March, 2000.

_____
J. Frederick Motz
United States District Judge