Case 1:96-cv-03430-JFM   Document 11   Filed 07/14/2000   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____FILED   _____ENTERED
_____LODGED _____RECEIVED

KENNETH MURPHY

v.    Civil No. JFM-96-3430

SCIENTIFIC SPINAL

JUL 1 4 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY

## ORDER

Plaintiff having failed to show good cause as to why this action should not be dismissed without prejudice pursuant to Local Rule 103.8.b in accordance with this court's order dated May 11, 2000, it is, this 14th day of July 2000

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

J. Frederick Motz
United States District Judge

